371 A.2d 243
Commonwealth v. Ware, Appellant.

Submitted June 22,

1976. Judith Savitz, Assistant Defender, and Benjamin Lerner, Defender, for appellant; James W. Wilson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.